UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| Michael Craig Berger, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:14-CV-190-PLR-CCS |
| Knox County Sheriff's Dept., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### Memorandum and Order

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley [R. 53]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that the plaintiff's petition for attorney's fees and costs [R. 44] be granted in part and denied in part, and that the Court award the plaintiff $75,368.64 in attorney fees and costs. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the plaintiff's motion for attorney fees [R. 44] is **GRANTED IN PART** and **DENIED IN PART,** and the plaintiff is awarded attorney fees and costs totaling $75,368.64.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE